IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| CHARLENE L. H. MITCHELL | § | |
| *Plaintiff* | § | |
| | § | |
| v. | § | Civil Action No. 6:19-CV-00076 |
| | § | |
| TWIN CITY FIRE INSURANCE COMPANY | § | |
| | § | |
| *Defendant* | § | |

## JOINT MOTION TO DISMISS WITH PREJUDICE

NOW INTO COURT, through undersigned counsel, come Plaintiff Charlene L. H. Mitchell and Defendant Twin City Fire Insurance Company, who pursuant to a settlement agreement executed by Plaintiff, jointly move this court for entry of an order dismissing all of Plaintiff's claims in the captioned lawsuit against Defendant with prejudice, with each party to bear its own costs.

Respectfully submitted,

*/s/ Martin R. Sadler*
Martin R. Sadler, Attorney-in-Charge
Texas Bar No. 00788842
Federal Bar No. 18230
msadler@litchfieldcavo.com
LITCHFIELD, CAVO, L.L.P.
One Riverway, Suite 1000
Houston, Texas 77056
Telephone:  (713) 418-2000
Facsimile:  (713) 418-2001

ATTORNEY FOR DEFENDANT TWIN CITY
FIRE INSURANCE COMPANY

and

PANDIT LAW FIRM, L.L.C.

Carla R. Delpit * with permission
Phillip N. Sanov
State Bar No. 17635950
Fed. ID No. 1148342
psanov@panditlaw.com
Carla R. Delpit
State Bar No. 24082183
Fed. ID No. 2248226
cdelpit@panditlaw.com
One Galleria Tower
2700 Post Oak Blvd., 21st Floor
Houston, Texas 77056

ATTORNEY-IN-CHARGE FOR PLAINTIFF
CHARLENE L. H. MITCHELL

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the above pleading has been forwarded via electronic filing or by facsimile on this  18th  day of ~~March~~ May 2020 to the following attorneys of record:

Phillip N. Sanov
psanov@panditlaw.com
Carla R. Delpit
cdelpit@panditlaw.com
One Galleria Tower
2700 Post Oak Blvd., 21st Floor
Houston, Texas 77056

*/s/ Martin R. Sadler*
Martin R. Sadler

2