Case 6:19-cv-00076   Document 14   Filed on 05/20/20 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
May 21, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| CHARLENE L. H. MITCHELL, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 6:19-CV-00076 |
| § | |
| TWIN CITY FIRE INSURANCE COMPANY, § | |
| § | |
| Defendant. § | |

## ORDER OF DISMISSAL

Before the Court is the parties' joint motion to dismiss with prejudice (Dkt. No. 13). Accordingly, all claims in the above-captioned case are DISMISSED, with prejudice to refiling, each party to bear its own costs and attorneys' fees.

It is so ORDERED.

SIGNED on this 20th day of May, 2020.

_____
Kenneth M. Hoyt
United States District Judge